UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREAT NORTHERN & SOUTHERN NAVIGATION CO., LLC dba FRENCH AMERICA LINE

CIVIL ACTION

VERSUS

No. 16-3278

AMERICAN CRUISE LINES, INC.

SECTION I

Considering the joint motion[1] to dismiss,

**IT IS ORDERED** that the settlement agreement is **APPROVED**. All claims in this matter are **DISMISSED WITH PREJUDICE**. This Court retains jurisdiction for any disputes arising out of the settlement agreement.

New Orleans, Louisiana, February 16, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 74.